Andrew FRIEDMAN, Plaintiff–
Appellant,

v.

WARDEN; John P. Galley, Commissioner; Wayne Webb, Assistant Warden; Kenneth Horning, Warden; Sergeant Hinkle; Officer Younker;

Officer Richie; Officer Henry; Jon Whiteman, Lieutenant; Chaplain Ishmael; Officer Dunn; Officer Gelespi, Defendants–Appellees.

No. 11–6324.

United States Court of Appeals, Fourth Circuit.

Submitted: April 28, 2011.

Decided: May 4, 2011.

Andrew Friedman, Appellant pro se. Rex Schultz Gordon, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew Friedman appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Friedman v. Warden,* No. 8:10–cv–00248–DKC, 2011 WL 768842 (D.Md. Feb. 28, 2011). We deny Friedman's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*